IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        **Plaintiff,**<br><br>v.<br><br>MARIAH BARNES,<br><br>        **Defendant.** | Case No. 3:25-CR-30020-NJR-1 |

## ORDER TERMINATING SUPERVISED RELEASE

**ROSENSTENGEL, District Judge:**

Pending before the Court is a Motion for Early Termination of Supervised Release filed *pro se* by Defendant Mariah Barnes. (Doc. 4). On July 7, 2022, Barnes pleaded guilty to aiding and abetting the embezzlement and theft of bank funds by a bank employee. (Doc. 3). Barnes was sentenced in the Eastern District of Missouri to nine months of imprisonment and three years of supervised release. (*Id.*). The court also ordered Barnes to pay a special assessment of $100.00. (*Id.*). Barnes completed her term of imprisonment on June 6, 2023, and now seeks early termination of her term of supervised release. (*Id.*).

Under 18 U.S.C. § 3583(e)(1), "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Barnes has served 30 of her 36 months of supervised release. She states that she has complied with the terms of her release, continues to pay her financial obligations, and has built a stable and productive life in Cahokia, Illinois. However, her current status on supervised release is preventing her from pursuing certain professional licenses and promotion opportunities. Barnes asserts that early termination of her supervision would allow her to focus on her family responsibilities and long-term housing stability without the administrative constraints of active supervision.

The Government and U.S. Probation agree that Barnes is a good candidate for early termination, noting that she has complied with all terms and conditions of her release with only minor violations and admonishments. Thus, they have no objection to her motion.

Having considered Barnes's motion, the fact that she has completed 30 of 36 months of her term of supervised release, the U.S. Probation Office's and the Government's positions, and the 18 U.S.C. § 3553(a) factors, the Court finds that Barnes's conduct and the interest of justice warrant the early termination of her term of supervised release. Accordingly, the Motion for Early Termination of Supervised Release filed *pro se* by Defendant Mariah Barnes (Doc. 4) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED:  January 26, 2026

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**